| | |
|---|---|
| 1 | BARRY J. PORTMAN |
|   | Federal Public Defender |
| 2 | VARELL L. FULLER |
|   | Assistant Federal Public Defender |
| 3 | 160 West Santa Clara Street, Suite 575 |
|   | San Jose, CA  95113 |
| 4 | Telephone:  (408) 291-7753 |
| 5 | Counsel for Defendant CORTEZ-RODRIGUEZ |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-10-00732-JF |
|   | ) |   |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] |
|   | ) | ORDER CONTINUING HEARING DATE |
| vs. | ) | AND EXCLUDING TIME UNDER THE |
|   | ) | SPEEDY TRIAL ACT |
| MARIO CORTEZ-RODRIGUEZ, | ) |   |
|   | ) |   |
| Defendant. | ) |   |

## STIPULATION

Defendant Mario Cortez-Rodriguez, by and through Assistant Federal Public Defender Varell L. Fuller, and the United States, by and through Special Assistant United States Attorney Bradley D. Price, hereby stipulate that, with the Court's approval, the court date currently scheduled for Thursday, April 14, 2011, shall be continued to Thursday, May 5, 2011, at 9:00 a.m.

The purpose of the continuance is to grant the defense additional time to research a legal issue with respect to Mr. Cortez-Rodriquez's prior deportation that has been raised since the parties last appearance in this matter.  Accordingly, the parties agree that the time between April 14, 2011, and May 5, 2011, is excludable under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A)

and (B)(iv), for effective preparation by defense counsel.

IT IS SO STIPULATED.

Dated: April 13, 2011

                                                _____/s/_____
                                                VARELL L. FULLER
                                                Assistant Federal Public Defender

Dated: April 13, 2011

                                                _____/s/_____
                                                BRADLEY D. PRICE
                                                Special Assistant United States Attorney

## [PROPOSED] ORDER

GOOD CAUSE APPEARING, upon stipulation of the parties, IT IS HEREBY ORDERED that the hearing currently set for April 14, 2011, shall be continued to Thursday, May 5, 2011, at 9:00 a.m.

THE COURT FINDS that failing to exclude the time between April 14, 2011, and May 5, 2011, would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(7)(B)(iv).

THE COURT FURTHER FINDS that the ends of justice served by excluding the time between April 14, 2011, and May 5, 2011, from computation under the Speedy Trial Act outweigh the interests of the public and the defendant in a speedy trial.

THEREFORE, IT IS HEREBY ORDERED that the time between April 14, 2011, and May 5, 2011, shall be excluded from computation under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: 4/13/11

                                                _____
                                                THE HONORABLE JEREMY FOGEL
                                                United States District Court Judge