1    BARRY J. PORTMAN
     Federal Public Defender
2    VARELL L. FULLER
     Assistant Federal Public Defender
3    160 West Santa Clara Street, Suite 575
     San Jose, CA  95113
4    Telephone:  (408) 291-7753

5    Counsel for Defendant CORTEZ-RODRIGUEZ

6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
                            SAN JOSE DIVISION
10

11
     UNITED STATES OF AMERICA,        )    No. CR-10-00732-JF
12                                    )
                    Plaintiff,        )    STIPULATION AND [PROPOSED]
13                                    )    ORDER CONTINUING HEARING DATE
     vs.                              )    AND EXCLUDING TIME UNDER THE
14                                    )    SPEEDY TRIAL ACT
     MARIO CORTEZ-RODRIGUEZ,          )
15                                    )
                    Defendant.        )
16   _____)

17                              **STIPULATION**

18          Defendant Mario Cortez-Rodriguez, by and through Assistant Federal Public Defender

19   Varell L. Fuller, and the United States, by and through Special Assistant United States Attorney

20   Bradley D. Price, hereby stipulate that, with the Court's approval, the court date previously

21   scheduled for Thursday, June 9, 2011, shall be continued to Thursday, July 14, 2011, at 9:00 a.m.

22          The parties previously requested the Court continue the June 9, 2011, trial setting hearing

23   date to permit the parties to prepare for and participate in a settlement conference previously set

24   for June 13, 2011, before the Hon. Paul S. Grewal.   However, at a hearing on June 13, 2011,

25   before Judge Grewal, the parties agreed to continue the settlement conference to July 6, 2011,

26   because of government counsel's unavailability caused by an unexpected illness.  On July 6,

1   2011, the parties participated in the rescheduled settlement conference and a disposition of the

2   matter is anticipated at the requested July 14, 2011, hearing date.  Accordingly, the parties agree

3   that the time between June 9, 2011, and July 14, 2011, is excludable under the Speedy Trial Act,

4   18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for effective preparation and continuity of counsel.

5          IT IS SO STIPULATED.

6   Dated:  July 7, 2011

7                                              _____/s/_____
                                               VARELL L. FULLER
                                               Assistant Federal Public Defender
8   Dated:  July 7, 2011

9                                              _____/s/_____
                                               BRADLEY D. PRICE
10                                             Special Assistant United States Attorney

11  //
    //
    //
12  //
    //
13  //
    //
14  //
    //

15                                   [PROPOSED] **ORDER**

16         GOOD CAUSE APPEARING, upon stipulation of the parties, IT IS HEREBY

17  ORDERED that the hearing previously set for June 9, 2011, shall be continued to Thursday, July

18  14, 2011, at 9:00 a.m., and 25-days are excluded from calculation under the Speedy Trial Act.

19         THE COURT FINDS that failing to exclude the time between June 9, 2011, and July 14,

20  2011, would unreasonably deny both counsels reasonable time necessary for effective

21  preparation, taking into account the exercise of due diligence and the government continuity of

22  counsel.  See 18 U.S.C. § 3161(h)(7)(B)(iv).

23         THE COURT FURTHER FINDS that the ends of justice served by excluding the time

24  between June 9, 2011, and July 14, 2011, from computation under the Speedy Trial Act outweigh

25  the interests of the public and the defendant in a speedy trial.

26

1    THEREFORE, IT IS HEREBY ORDERED that the time between June 9, 2011, and July

2    14, 2011, shall be excluded from computation under the Speedy Trial Act, 18 U.S.C. §

3    3161(h)(7)(A) and (B)(iv).

4    IT IS SO ORDERED.

5    Dated: 7/13/11

6    _____
     THE HONORABLE JEREMY FOGEL
7    United States District Court Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26